UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------- x

DEBRA LEE HERBERT, on Behalf of Herself and
All Others Similarly Situated

         Plaintiffs,

   v.

DAIMLERCHRYSLER CORP.,

         Defendant.
------------------------------------- x

Civil Action No.
07-1740 (SDW)

RECEIVED

JUN 0 7 2007

*CHAMBERS OF*
*HONORABLE SUSAN D. WIGENTON*

## APPLICATION FOR EXTENSION OF TIME TO
## REPLY, MOVE, OR OTHERWISE REPLY

Pursuant to Local Rule 6.1, application is hereby made for a Court Order extending the time within which Defendant DaimlerChrysler Corporation ("DaimlerChrysler") may answer, move, or otherwise respond to the Plaintiffs' Class Action Complaint (the "Complaint") from June 8, 2007 to July 23, 2007. Service of the Complaint was effected on May 18, 2007. No previous extension has been sought and counsel for the parties have conferred and agreed to the July 23, 2007 date.

Dated:   Springfield, New Jersey
           June 5, 2007

                              HARDIN, KUNDLA, MCKEON &
                              POLETTO

                              By: /s/
                                  Paul Daly (1346)

                              673 Morris Avenue
                              Springfield, NJ 07081
                              Telephone: (973) 912-5222
                              Facsimile: (973) 912-9212

GIBSON, DUNN & CRUTCHER LLP
Mark Fogelman
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

*Counsel for Defendant DaimlerChrylser Corporation.*

SO ORDERED:

Susan D. Wigenton, U.S.D.J.
June __, 2007
UNITED STATES DISTRICT COURT
OF NEW JERSEY

June 7, 2007